CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

GAVRIL THEODOROS GABRIEL
GGabriel@gtglaw.org
THE LAW OFFICES OF GAVRIL T. GABRIEL
8255 Firestone Blvd., Suite 201
Downey, CA 90241
Telephone:  (562) 755-7504
Facsimile:  (562) 912-2256
Attorney for Defendants, 1997 Paziouros Family Limited Partnership, a California Limited Partnership, Athena Paziouros, Luis A. Conde, and Alejandra Conde

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>      Plaintiff,<br><br>  v.<br><br>1997 PAZIOUROS FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; ATHENA PAZIOUROS; LUIS A. CONDE; ALEJANDRA CONDE; and Does 1-10,<br><br>      Defendants. | Case: 2:16-CV-04454-BRO-JPR<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 21, 2016         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: October 21, 2016         THE LAW OFFICES OF GAVRIL T. GABRIEL

By: /s/ Gavril Theodoros Gabriel
    Gavril Theodoros Gabriel
    Attorney for Defendants
    1997 Paziouros Family Limited Partnership, a California Limited Partnership, Athena Paziouros, Luis A. Conde, and Alejandra Conde

IT IS SO ORDERED.

DATED: October 26, 2016

_____
UNITED STATES DISTRICT JUDGE